FOIA Summons IH form 4
4/17

# UNITED STATES DISTRICT COURT
## for the
## Southern District of New York

The New York Times Company and Scott Shane

          Plaintiff

v.

Central Intelligence Agency

          Defendant

Civil Action No. _____

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)

    Central Intelligence Agency
    c/o Information and Privacy Coordinator
    Washington, DC 20505

A lawsuit has been filed against you.

    Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    David E. McCraw
    The New York Times Company
    620 Eighth Avenue, 13th Floor
    New York, NY 10018

    If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**CLERK OF COURT**

Date: _____

_____
Signature of Clerk or Deputy Clerk