

**The New York Times Company**

David McCraw
Vice President & Deputy
General Counsel

T 212 556 4031

mccraw@nytimes.com

620 8th Avenue
New York, NY 10018
nytimes.com

November 16, 2018

**VIA ECF**

The Honorable P. Kevin Castel
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:     *The New York Times Company, et al. v. Central Intelligence Agency*, 18-cv-3014-PKC

Dear Judge Castel:

I am counsel for Plaintiffs The New York Times Company and Scott Shane (jointly, "The Times") in the above-referenced action. I write on behalf of both The Times and Defendant Central Intelligence Agency ("CIA") to update the Court on the status of this Freedom of Information Act ("FOIA") lawsuit, as directed by the Court's memorandum endorsement of August 22, 2018. Dkt. No. 15.

The CIA has now produced records responsive to The Times's FOIA request, and the parties are conferring about issues that The Times has raised about the completeness of the production. The parties hope to resolve these issues without the need for motion practice. The parties propose that they submit another joint letter to the Court regarding the status of their discussions by January 4, 2019.

We thank the Court for its consideration of this request.

Respectfully submitted,

_____/s/_____
David E. McCraw

cc: Jacob Lillywhite, AUSA
    (via ECF)